UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK LOTTS,

    Plaintiff,

  v.

UNITED STATES STEEL CORPORATION
and JESSE BYRD,

    Defendants.

Case No. 12-cv-62-JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated: February 4, 2013**     s/ Jina Hoyt, Deputy Clerk

**Approved:**  s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**