UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK LOTTS,

    Plaintiff,

  v.

UNITED STATES STEEL CORPORATION and JESSE BYRD,

    Defendants.

Case No. 12-cv-62-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion for relief from judgment in this case pursuant to Federal Rule of Civil Procedure 60(b)(6) and to extend the time to consummate the parties' settlement by another 30 days (Doc. 37). This action has been settled in principle, but subsequent to the preliminary settlement agreement, additional time was needed to consummate the settlement. The Court allowed additional time, but provided that should that additional period be insufficient, the parties could ask the Court to delay entry of judgment for an additional reasonable period of time. The settlement had not been consummated by the end of that additional period, but the parties neglected to inform the Court and ask for additional time, so the Court entered final judgment of dismissal. It now appears that the judgment was the product of the parties' mistake, inadvertence or excusable neglect and should be vacated pursuant to Federal Rule of Civil Procedure 60(b)(1). Accordingly, the Court **GRANTS** the plaintiff's motion (Doc. 37), **VACATES** the judgment in this case entered on February 4, 2013 (Doc. 36) and **DIRECTS** the Clerk of Court to enter judgment dismissing this action with prejudice and without costs on March 13, 2013. Should the parties fail to consummate settlement by that date, the parties may ask the Court to delay entry of judgment for an additional reasonable period of time.

**IT IS SO ORDERED.**
**DATED: February 13, 2013**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**