UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK LOTTS,

    Plaintiff,

  v.

UNITED STATES STEEL CORPORATION
and JESSE BYRD,

    Defendants.

Case No. 12-cv-62-JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs

                **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated: March 13, 2013**         s/Jina Hoyt, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**